June 12, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

NANCY QUESTED, Appellant

NO. 14-13-00516-CV                          V.

THE CITY OF HOUSTON, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, the City of Houston, signed May 24, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Nancy Quested, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.